UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **Alfonso MONTANO-Rodriguez,**  Defendant | Magistrate Docket No. **08 MJ 0838**  COMPLAINT FOR VIOLATION OF:  Title 8, U.S.C., Section 1326  Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 15, 2008** within the Southern District of California, defendant, **Alfonso MONTANO-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **MARCH 2008.**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Alfonso MONTANO-Rodriguez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 15, 2008, Border Patrol Agent R. Reyes was assigned to Border Patrol Operations in the vicinity of Dulzura, California. This area is very desolate and is located approximately seven miles west of the Tecate, California Port of Entry and three and a half miles north of the United States/Mexico International Border Boundary.

At approximately 4:15 a.m., Agent Reyes responded to a citizen's call in the proximity of Summit Road. Illegal aliens use this area in order to further their illegal entry into the United States. Agent Reyes arrived at the location and observed some footprints leading north of SR-94. Agent Reyes followed the footprints and encountered seventeen individuals hiding in some brush. Agent Reyes identified himself as a United States Border Patrol Agent in both the English and Spanish languages. Upon questioning, all the individuals, including one later identified as the defendant **Alfonso MONTANO-Rodriguez**, freely admitted to being citizens and nationals of Mexico and that they did not possess any documents allowing them to enter or to remain in the United States legally. All the individuals, including the defendant, were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on August 5, 2004** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on March 16, 2008 at 9:30 a.m.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 15, 2008**, in violation of Title 8, United States Code, Section 1326.

Louisa S. Porter
United States Magistrate Judge

3/16/08   11:00 AM
Date/Time