MICHAEL J. MCCABE
California Bar No. 54078
2442 Fourth Avenue
San Diego, CA 92101
Telephone (619) 231-1181
Fax (619) 232-6052

Attorney for Defendant
**ALFONSO MONTANO-RODRIGUEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No.  08CR1095-L |
| Plaintiff, | ) | **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY, FOR NOTICE OF INTENT TO USE EVIDENCE, AND FOR LEAVE TO FILE FURTHER MOTIONS** |
| vs. | ) | |
| ALFONSO MONTANO-RODRIGUEZ, | ) | |
| Defendant. | ) | DATE: May 12, 2008<br>TIME: 2:00 p.m. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 12, 2008, at 2:00p.m. , or as soon thereafter as counsel may be heard, the defendant, ALFONSO MONTANO-RODRIGUEZ, will move this Court for an order compelling discovery, requiring the government to give notice of its intent to use evidence, and for leave to file further motions.

**MOTION**

The defendant, ALFONSO MONTANO-RODRIGUEZ, by and through his counsel, Michael J. McCabe, and pursuant to the provisions of the Due Process Clause to the Fifth

1 | Amendment to the United States Constitution, and Rules 6, 12, and 16, Federal Rules of
2 | Criminal Procedure, hereby moves this Court for an order compelling discovery, requiring the
3 | government to give notice of its intention to use evidence, and for leave to file further motions.
4 |     These motions are based on the instant notice of motions and motions, the attached points
5 | and authorities, the files and records in the above-entitled case, and any and all matters that may
6 | be submitted to this Court prior to the determination of these motions.

8 | DATED:    April 28, 2008                    Respectfully submitted,

10 |                                            s/ Michael J. McCabe
   |                                            MICHAEL J. MCCABE
11 |                                            Attorney for Defendant
   |                                            ALFONSO MONTANO-RODRIGUEZ