# CERTIFICATE OF SERVICE

Case Name: <u>United States of America v. Alfonso Montano-Rodriguez</u>
Case No.: 08cr1095-L
Attorney: Michael J. McCabe

I declare:

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

    On April 28, 2008, I served the within document(s) described as:

**NOTICE OF MOTION AND POINTS AND AUTHORITIES TO COMPEL DISCOVERY, FOR NOTICE OF INTENT TO USE EVIDENCE, AND FOR LEAVE TO FILE FURTHER MOTIONS**

on the interested parties in this action as stated below:.

    (BY ELECTRONIC CASE FILING) to:

    Karen P. Hewitt, United States Attorney
    Carlos Arguello, Assistant United States Attorney

A confirmed copy of these documents will be hand delivered to the Clerk's Office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

    <u>MAUREEN DEVANEY</u>
    (Type or print name)

    */s/ Maureen Devaney*
    (Signature)