AUSA CARLOS ARGUELLO
United States Attorneys Office
CSNB No. 157162
880 Front Street, Room 6293
San Diego, CA  92101
(619) 557-5610

MICHAEL J. MCCABE
California Bar No. 54078
2442 Fourth Avenue
San Diego, CA  92101
Telephone (619) 231-1181
Fax (619) 232-6052

Attorney for Defendant
**ALFONSO MONTANO-RODRIGUEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No.   08CR1095-L |
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE MOTION HEARING; PROPOSED ORDER** |
| vs. | ) | |
| ALFONSO MONTANO-RODRIGUEZ, | ) | DATE:  August 5, 2008 |
| Defendant. | ) | TIME:   2:00 p.m. |

The plaintiff, United States of America, by and through its counsel, AUSA Carlos Arguello, and the defendant, Alfonso Montano-Rodriguez, by and through his counsel, Michael J. McCabe, hereby jointly move this Court for an order continuing the motion hearing in the above-entitled case from August 5, 2008, at 2:00 p.m., to September 2, 2008, at 2:00 p.m.

This joint motion of the parties to continue the motion hearing date is made to accommodate defense counsel who is presently in trial in El Centro, California.   Time is

1

excludable under the Speedy Trial Act as motions are pending before the district court.

DATED: August 4, 2008                                  Respectfully submitted,


                                                            s/ Michael J. McCabe
                                                           MICHAEL J. MCCABE
                                                           Attorney for Defendant
                                                           ALFONSO MONTANO-RODRIGUEZ