# CERTIFICATE OF SERVICE

Case Name:    United States of America v. Alfonso Montano-Rodriguez
Case No.:    08cr1095-L
Attorney:    Michael J. McCabe

I declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

On August 4, 2008, I served the within document(s) described as:

**JOINT MOTION TO CONTINUE MOTION HEARING;
PROPOSED ORDER (E-mailed to Hon. M. James Lorenz)**

on the interested parties in this action as stated below:.

(BY ELECTRONIC CASE FILING) to:

Karen P. Hewitt, United States Attorney
Carlos Arguello, Assistant United States Attorney

A confirmed copy of these documents will be hand delivered to the Clerk's Office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 4, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.


_____MAUREEN DEVANEY_____                    _____
(Type or print name)                                      (Signature)