UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No.   08CR1095-L |
| Plaintiff, | ) | **ORDER TO CONTINUE MOTION HEARING** |
| vs. | ) | |
| ALFONSO MONTANO-RODRIGUEZ, | ) | DATE:   August 5, 2008 |
| Defendant. | ) | TIME:   2:00 p.m. |

IT IS HEREBY ORDERED the date of the motion hearing in the above-entitled case be continued from August 5, 2008, at 2:00 p.m., to September 2, 2008, at 2:00 p.m.

SO ORDERED.

DATED: August 4, 2008

_____
M. James Lorenz
United States District Court Judge